**United States District Court**
**Violation Notice**

CVB Location Code: CA-52

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6281871 | Gomez, Joe | S/11 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 12/21/2016 1550 | 38 CFR 1.218(b)(26) |

Place of Offense: 10535 Hospital Way, Mather CA 95655

Offense Description: Factual Basis for Charge — HAZMAT ☐

(26) Parking in No-Parking Areas

6281871

DEFENDANT INFORMATIO[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Smith | RYAN | L |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 21H2510 | CA | 06 | Yamaha/[illegible] | | Red |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 75 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 105.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015) Original - CVB Copy

CVB SCAN JAN 24, 2017 17:03

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 12/21, 20 16 while exercising my duties as a law enforcement officer in the Eastern District of California

See P.C. Statement

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/21/2016
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JAN 24, 2017 17:03